MARLENE K. BARRETTO, ET AL. *v.*
STANLEY AKAU.

No. 4792.

DECEMBER 9, 1969.

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ.,
AND CIRCUIT JUDGE OGATA IN PLACE OF
MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Frank D. Padgett* and *James Krueger* (*Padgett, Greeley, Marumoto & Akinaka* of counsel) for the petition.